IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHELLEY R. GARNICK, TANAJAH CLARK and ZOE R. JONES, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> WAKE FOREST UNIVERSITY BAPTIST MEDICAL CENTER, THE BOARD OF DIRECTORS OF WAKE FOREST UNIVERSITY BAPTIST MEDICAL CENTER, THE RETIREMENT BENEFIT COMMITTEE OF WAKE FOREST UNIVERSITY BAPTIST MEDICAL CENTER and JOHN DOES 1-30, <br><br> Defendants. | 1:21-cv-454 |

**ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND <u>PLAINTIFFS' CASE CONTRIBUTION AWARDS</u>**

This matter having come before the Court on July 2, 2024, on the application of Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Case Contribution Awards for Plaintiffs, having considered all papers filed and proceedings conducted herein, having found the settlement for this Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore:

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Class Action Settlement Agreement ("Settlement Agreement") executed on July 10, 2023, and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

3. Plaintiffs' Class Counsel are hereby awarded attorneys' fees of $1,266,540.00 and reimbursement of expenses in the sum of $27,857.02 (the "Attorneys' Fees and Expenses"), to be paid from the Gross Settlement Amount. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded are fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class.

4. Each of the Plaintiffs is awarded $10,000 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of their contributions to this Action.

This the 2nd day of July, 2024.

                                                _____
                                                United States District Judge